```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2001 AUG 31  PM 3:42

                                         LORETTA G. WHYTE
                                              CLERK
```

USA No. 2000Z00031

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0412 |
| **PATRICIA A. EVANS FARR** | * | SECTION: "T" (4) |
| | * * * | |

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Patricia A. Evans Farr, Social Security Number 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, whose last known address is 3709 Shangrila, Chalmette, LA 70043, in the above-captioned action in the amount of $5150.10, plus interest from date of judgment until paid. The sum of $3,515.00 has been credited to the judgment debt, leaving a total balance due of $2,171.41, as of August 31, 2001.

Plaintiff further requests that it be allowed to recover as part of its garnishment, a surcharge of 10 percent of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3001(a).

```
DATE OF ENTRY

 SEP 1 0 2001
```



Demand for payment of the above-stated debt was made upon Patricia A. Evans Farr more than 30 days before August 1, 2001, but Patricia A. Evans Farr has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to Patricia A. Evans Farr, or is in possession of property of Patricia A. Evans Farr, in which Patricia A. Evans Farr has a substantial non-exempt interest. The name and address of the Garnishee or its authorized agents:

>   Mallette Law Firm, P.L.
>   121 N. State Street
>   Suite 350
>   Jackson, MS  39201

>   Respectfully submitted,
>
>   JIM LETTEN
>   UNITED STATES ATTORNEY
>
>   _____
>   ENEID A. FRANCIS
>   Assistant United States Attorney
>   Bar Roll No. 5816
>   501 Magazine Street
>   Hale Boggs Federal Building
>   New Orleans, Louisiana  70130
>   Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0412 |
| **PATRICIA A. EVANS FARR** | * | SECTION: "T" (4) |
| | * * * | |

### O R D E R

The United States of America has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered against Patricia A. Evans Farr;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and Mallette Law Firm, P.L. be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this ____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE