FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 29 PM 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0412 |
| PATRICIA A. EVANS FARR | * | SECTION: "T"(4) |

\* \* \*

## MOTION TO CONTINUE

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America and moves to continue the hearing on plaintiff's Petition for Rule to Show Cause presently scheduled on January 30, 2002 at 2:00 p.m. This continuance is requested because the United States Marshal Service did not serve Mallette Law Firm, P.L., garnishee, with the Petition for Rule to Show Cause until January 29, 2002. Mallette Law Firm, P.L., garnishee, has been contacted, and it has no objection to the filing of this motion.

DATE OF ENTRY
FEB 1 2002

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 4816
Hale Boggs Federal Building
501 Magazine Street, Room 205
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the following individual by facsimile and by regular first-class mail, postage prepaid this 29th day of January, 2002.

Mallette Law Firm, P.L.
121 N. State Street, Suite 350
Jackson, MS 39201

                                    _____
                                    Eneid A. Francis
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| **v.** | * | NO. 00-0412 |
| **PATRICIA A. EVANS FARR** | * | SECTION: "T"(4) |

\* \* \*

### O R D E R

Considering the foregoing Motion to Continue filed by the United States of America,

IT IS HEREBY ORDERED that the hearing on plaintiff's Petition for Rule to Show Cause scheduled for January 30, 2002 is hereby continued to the 13th day of February, 2002 at 11:00 A.m., in the Hale Boggs Federal Building, Room No. B-431, 501 Magazine Street.

New Orleans, Louisiana, this 31 day of January, 2002.

_____
UNITED STATES DISTRICT JUDGE