

**MINUTE ENTRY**
**ROBY, M.J.**
**February 13, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO:   00-0412 |
| PATRICIA A. EVANS FARR | SECTION: "T" (4) |

On January 11, 2002, the plaintiff filed a **Petition for Rule to Show Cause (doc. # 11)**. The petition was heard via telephone conference call on February 13, 2002. Participating in the conference call was Eneid A. Francis, representing the plaintiff, and Jim Mallette, representing the defendant, Particia A. Evans. During the conference call, the parties indicated that they had reached a consent agreement. Accordingly,

**IT IS ORDERED** that the **Petition for Rule to Show Cause (doc. # 11) is DENIED as MOOT.**

**IT IS FURTHER ORDERED** that the Court Reporter Supervisor is designated as custodian of the cassette tape used to record the Status Conference.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 1 4 2002