

```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2002 APR 26  AM 11: 56

                           LORETTA G. WHYTE
                                CLERK
```

**MINUTE ENTRY**
**ROBY, M. J.**
**April 26, 2002**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 00-0412 |
| PATRICIA A. EVANS FARR | SECTION:"T" (4) |

On April 2, 2002 the Mallette Law Firm, P.L. was ordered to show cause (doc. # 15) why it did not answer the Writ of Continuing Garnishment served upon it on October 4, 2001. On April 24, 2002 the Mallette Law Firm submitted proof of having made payment in full for the defendant. **The clerk is hereby requested to please file the attachments evidencing proof of payment in the record.**

The Court therefore finds that the show cause order has been **SATISFIED**.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge G. Thomas Porteous, Jr.**

```
DATE OF ENTRY
APR 2 6 2002
```

```
___ Fee _____
___ Process ___
 X  Dktd     _____
___ CtRmDep  _____
___ Doc. No. _16_
```

**MALLETTE LAW FIRM, P.A.**
ATTORNEYS AT LAW
121 NORTH STATE STREET, SUITE 350
JACKSON, MISSISSIPPI 39201
TELEPHONE: 601-352-9659
FAX: 601-355-6364
E-MAIL: jtm_mlfpa@ucmail.com

James T. Mallette, Esq.

MAIL: P. O. BOX 14011
JACKSON, MS 39236

April 23, 2002

Ms. Rosanne Alford
Debt Collection Agent
Financial Litigation Unit
501 Magazine St., 2nd Floor
New Orleans, LA 70130

     Re:   United States v. Patricia A. Evans Farr
              USDC, EDLA, Civil Action NO. 00-0412 "T"(4)

Dear Ms. Alford:

     Enclosed is a certified check in the amount of $2,301.22 representing payment in full on the above-captioned defendant. I would appreciate your sending me confirmation of receipt of said amount at your earliest convenience. It has been a pleasure working with you in this matter and if I may be of any assistance to you in the future, please feel free to contact me.

                                        Sincerely,

                                        JAMES T. MALLETTE

JTM/paf
Enclosure

# FedEx USA Airbill

Airbill number: 8330 9759 3589

**1 From**
Date: 4/23/02
Sender's Name: James T. Mallette
Sender's FedEx Account Number: 2261-5845-6
Company: Maples Jefferey P. Reynolds, PA
Address: 121 N. State St., 300
City: Jackson  State: MS  ZIP: 39201

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Rosanne Alford
Phone: (504) 680-3070
Company: U.S. Dept. of Justice
Address: Hale Boggs Federal Bldg., 501 Magazine St., 2nd Fl.
City: New Orleans  State: LA  ZIP: 70130

**4a Express Package Service** — FedEx Priority Overnight

**5 Packaging** — FedEx Envelope

**7 Payment** — Sender

446

**BancorpSouth**

**OFFICIAL CHECK**

192803819

Issued By Integrated Payment Systems, Inc., Englewood, Colorado
To Citibank (New York State) Buffalo, N.Y.          10-86/220

DATE: APRIL 23, 2002          $2,301.22

PAY ******2301DOL&22CTS

TO THE ORDER OF: DEPARTMENT OF JUSTICE

NAME OF REMITTER: MALLETTE LAW FIRM P.A.
ADDRESS:

DRAWER: BANCORPSOUTH
BY _____ AUTHORIZED SIGNATURE

NON NEGOTIABLE
CUSTOMER COPY