**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

*Financial Litigation Unit*

*Hale Boggs Federal Building*
*501 Magazine Street, Second Floor*
*New Orleans, LA   70130*

*Telephone : (504) 680-3000*
*Fax : (504) 589-3602*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 30  PM 3: 33

LORETTA G. WHYTE
CLERK

April 30, 2002

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

   Re: United States v. Patricia A. Evans Farr
     Civil Action No. 00-0412 "T"

Dear Mrs. Whyte:

  The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

  Your assistance is appreciated.

           Very truly yours,

           JIM LETTEN
           UNITED STATES ATTORNEY

           ENEID A. FRANCIS
           Assistant United States Attorney
           Chief, Civil Division

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.