```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2002 MAY -6  AM 11: 07

                                LORETTA G. WHYTE
                                     CLERK
```

USA No. 2000Z00031

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0412 |
| PATRICIA A. EVANS FARR | * | SECTION: "T" (4) |
| * * * | | |

## MOTION TO DISMISS APPLICATION FOR WRIT OF GARNISHMENT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves to dismiss the Application for Writ of Garnishment. The United States voluntarily dismisses the garnishment against Patricia A. Evans Farr because the debt has been satisifed.

```
DATE OF ENTRY
MAY  8 2002
```

Fee_____
Process_____
X / Dktd_____
✓ CtRmDep_____
Doc No _____

Therefore, Mallette Law Firm, P.L., garnishee, is released from any further responsibility on the writ of garnishment.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

*/s/ Eneid A. Francis*
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the following individuals listed below by first-class mail, postage prepaid this 6th day of May, 2002.

Patricia A. Evans Farr
310 S. Main Street
Mendenhall, MS 39114

Mallette Law Firm, P.L.
121 N. State Street
Suite 350
Jackson, MS 39201

*/s/ Eneid A. Francis*
Eneid A. Francis
Assistant United States Attorney

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0412 |
| PATRICIA A. EVANS FARR | * | SECTION: "T" (4) |
| * * * | | |

## O R D E R

Considering the foregoing motion,

IT IS HEREBY ORDERED that Writ of Garnishment entered in this case is dismissed.

New Orleans, Louisiana, this 8th day of May, 2002.

_____
UNITED STATES MAGISTRATE JUDGE